UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-60267-UU

LUIS SIERRA,

    Plaintiff,

vs.

8200 GRIFFIN ROAD, INC. d/b/a UNCLE AL'S, and
GRIFFIN PLAZA SHOPPING CENTER, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, GRIFFIN PLAZA SHOPPING CENTER, LLC

Plaintiff, LUIS SIERRA, by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, GRIFFIN PLAZA SHOPPING CENTER, LLC (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement and request ten (10) days to finalize the settlement and file for dismissal of this matter as it relates to GRIFFIN PLAZA SHOPPING CENTER, LLC. The Parties request that the Court stay all matters and pending deadlines in this Action with respect to GRIFFIN PLAZA SHOPPING CENTER, LLC, and grant the Parties ten (10) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of Defendant, GRIFFIN PLAZA SHOPPING CENTER, LLC.

    Respectfully submitted,

    **THE ADVOCACY GROUP**
    *Counsel for Plaintiff*
    333 Las Olas Way, CU3, Suite 311
    Fort Lauderdale, FL 33301
    Telephone: (954) 282-1858
    Facsimile: (844)786-3694

Email: service@advocacypa.com

_/s/ Jessica L. Kerr_____
Jessica L. Kerr, Esq.
Florida Bar No. 92810

_/s/ Jaci R. Mattocks_____
Jaci R. Mattocks, Esq.
Florida Bar No. 115765

## CERTIFICATE OF SERVICE

I certify that on February 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of Electronic Filing generated by CM/ECF.

_/s/ Jessica L. Kerr_____
Jessica L. Kerr, Esq.
Florida Bar No. 92810