**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:17-cv-60267-UU

LUIS SIERRA,

      Plaintiff,

v.

8200 GRIFFIN ROAD, INC.,

      Defendant.

_____/

## ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the record and is otherwise fully advised in the premises.  On February 2, 2017, Plaintiff filed this action against Defendants, 8200 Griffin Road, Inc. ("8200 Griffin") and Griffin Plaza Shopping Center, LLC ("Griffin Plaza"). On March 22, 2017, Plaintiff and Griffin Plaza filed a Stipulation of Dismissal With Prejudice as to Plaintiff's claims against Griffin Plaza. D.E. 17. On April 12, 2017, Plaintiff and 8200 Griffin filed a Stipulation of Dismissal with Prejudice as to Plaintiff's claims against 8200 Griffin. D.E. 23. Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 13TH_ day of April, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record